## STATE OF CONNECTICUT *v.* PAUL ALOI

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 86 Conn. App. 363 (AC 24641), is granted, limited to the following issue:

"Did the Appellate Court properly construe and apply General Statutes § 53a-167a?"

The Supreme Court docket number is SC 17350.

*Christopher T. Godialis*, assistant state's attorney, in support of the petition.

*Glenn T. Terk* and *P. Jo Anne Burgh*, in opposition.

Decided February 1, 2005